AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## District of Minnesota

Michael J. Lindell,

*Plaintiff,*

v.

Case No. 0:21–cv–01332–ECT–HB

US Dominion, Inc., et al.,

*Defendant.*

---

## SUMMONS IN A CIVIL ACTION

To:   US Dominion, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Alec J Beck
> 150 South Fifth Street
> Ste 3460
> Minneapolis, MN
> 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By:   *M. Fogarty*

Kate M. Fogarty, Clerk of Court

Date of Issuance:  June 4, 2021

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:21−cv−01332−ECT−HB

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

        ☐ I personally served the summons on the individual at *(place)*_____
_____ on *(date)* _____; or

        ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

        ☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____; or

        ☐ I returned the summons unexecuted because _____; or

        ☐ Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

                                      _____
                                             *Server's signature*

                                      _____
                                         *Printed name and title*

                                      _____
                                           *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

Michael J. Lindell,

*Plaintiff,*

v.                                                            Case No. 0:21–cv–01332–ECT–HB

US Dominion, Inc., et al.,

*Defendant.*

_____

**SUMMONS IN A CIVIL ACTION**

To:  Dominion Voting Systems, Inc.

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Alec J Beck
        150 South Fifth Street
        Ste 3460
        Minneapolis, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By:

Kate M. Fogarty, Clerk of Court

Date of Issuance:  June 4, 2021

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:21−cv−01332−ECT−HB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

     ☐ I personally served the summons on the individual at *(place)*_____
_____ on *(date)* _____; or

     ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

     ☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____; or

     ☐ I returned the summons unexecuted because _____; or

     ☐ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

                                                  _____
                                                       *Server's signature*

                                                  _____
                                                   *Printed name and title*

                                                  _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

Michael J. Lindell,

*Plaintiff,*

v.                                                                    Case No. 0:21–cv–01332–ECT–HB

US Dominion, Inc., et al.,

*Defendant.*

_____

### SUMMONS IN A CIVIL ACTION

To:   Dominion Voting Systems Corporation

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

              Alec J Beck
              150 South Fifth Street
              Ste 3460
              Minneapolis, MN
              55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                         By:

                                         Kate M. Fogarty, Clerk of Court

Date of Issuance:   June 4, 2021

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:21−cv−01332−ECT−HB

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____

was received by me on *(date)* _____.

      ☐ I personally served the summons on the individual at *(place)*_____

_____ on *(date)* _____; or

      ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)*_____, and mailed a copy to the individual's last known address; or

      ☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*_____

_____ on *(date)* _____; or

      ☐ I returned the summons unexecuted because _____; or

      ☐ Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### District of Minnesota

Michael J. Lindell,

*Plaintiff,*

v.                                                                                      Case No. 0:21–cv–01332–ECT–HB

US Dominion, Inc., et al.,

*Defendant.*

_____

### SUMMONS IN A CIVIL ACTION

To:  Smartmatic USA Corp.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alec J Beck
150 South Fifth Street
Ste 3460
Minneapolis, MN
55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By:

Kate M. Fogarty, Clerk of Court

Date of Issuance:  June 4, 2021

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:21−cv−01332−ECT−HB

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)*_____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*

                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### District of Minnesota

Michael J. Lindell,

*Plaintiff,*

v.                                                                       Case No. 0:21–cv–01332–ECT–HB

US Dominion, Inc., et al.,

*Defendant.*

_____

### SUMMONS IN A CIVIL ACTION

To:   Smartmatic International Holding B.V.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Alec J Beck
> 150 South Fifth Street
> Ste 3460
> Minneapolis, MN
> 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By:

Kate M. Fogarty, Clerk of Court

Date of Issuance:  June 4, 2021

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:21−cv−01332−ECT−HB

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____

was received by me on *(date)* _____.

           I personally served the summons on the individual at *(place)*_____

           _____ on *(date)* _____; or

           I left the summons at the individual's residence or usual place of abode with *(name)* _____

           _____, a person of suitable age and discretion who resides there,

           on *(date)*_____, and mailed a copy to the individual's last known address; or

           I served the summons on *(name of individual)* _____, who is

           designated by law to accept service of process on behalf of *(name of organization)*_____

           _____ on *(date)* _____; or

           I returned the summons unexecuted because _____; or

           Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

                              _____

                                         *Server's signature*

                              _____

                                      *Printed name and title*

                              _____

                                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### District of Minnesota

Michael J. Lindell,

*Plaintiff,*

v.                                                                        Case No. 0:21–cv–01332–ECT–HB

US Dominion, Inc., et al.,

*Defendant.*

_____

### SUMMONS IN A CIVIL ACTION

To:   SGO Corporation Limited

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Alec J Beck
> 150 South Fifth Street
> Ste 3460
> Minneapolis, MN
> 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By: _____

Kate M. Fogarty, Clerk of Court

Date of Issuance:  _June 4, 2021__

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:21−cv−01332−ECT−HB

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____

was received by me on *(date)* _____.

    ☐ I personally served the summons on the individual at *(place)*_____

_____ on *(date)* _____; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)*_____, and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*_____

_____ on *(date)* _____; or

    ☐ I returned the summons unexecuted because _____; or

    ☐ Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: