UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL,<br><br>Plaintiff,<br><br>v.<br><br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Defendants. | Court File No.  21-cv-01332<br><br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and all parties that John W. Ursu of the law firm Faegre Drinker Biddle & Reath LLP shall appear as counsel of record for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation in the above-captioned matter.

| | |
|---|---|
| Dated:  June 10, 2021 | s/ *John W. Ursu*<br>John W. Ursu<br>Bar Number #032257<br>Deborah A. Ellingboe<br>Bar Number #026216<br>Jeffrey P. Justman<br>Bar Number #0390413<br>Erica Abshez Moran<br>Bar Number #0400606<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402-3901<br>T: 612-766-7000<br>F: 612-766-1600<br>John.Ursu@faegredrinker.com<br>Debbie. Ellingboe@faegredrinker.com<br>Jeff.Justman@faegredrinker.com<br>Erica.Moran@faegredrinker.com<br><br>*Attorneys for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation* |