## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MICHAEL J. LINDELL,                              Court File No.  21-cv-01332

Plaintiff,


v.

US DOMINION, INC., DOMINION            **NOTICE OF APPEARANCE**
VOTING SYSTEMS, INC., DOMINION
VOTING SYSTEMS CORPORATION,
SMARTMATIC USA CORP.,
SMARTMATIC INTERNATIONAL
HOLDING B.V., AND SGO
CORPORATION LIMITED,

Defendants.

---

The undersigned attorney hereby notifies the Court and all parties that Jeffrey P. Justman of the law firm Faegre Drinker Biddle & Reath LLP shall appear as counsel of record for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation in the above-captioned matter.

Dated:  June 10, 2021

s/ *Jeffrey P. Justman*
John W. Ursu
Bar Number #032257
Deborah A. Ellingboe
Bar Number #026216
Jeffrey P. Justman
Bar Number #0390413
Erica Abshez Moran
Bar Number #0400606
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
T: 612-766-7000
F: 612-766-1600
John.Ursu@faegredrinker.com
Debbie. Ellingboe@faegredrinker.com
Jeff.Justman@faegredrinker.com
Erica.Moran@faegredrinker.com

*Attorneys for Defendants US Dominion,*
*Inc., Dominion Voting Systems, Inc., and*
*Dominion Voting Systems Corporation*